## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jay Clifford Newswanger | CHAPTER 13 |
| Kelly Jo Newswanger | |
| Debtor(s) | BKY. NO. 24-11167-PMM |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of LAKEVIEW LOAN SERVICING, LLC and index same on the master mailing list.

                                                  Respectfully submitted,

/s/ *Michael Farrington*
PA Eastern BK
16 May 2024, 13:50:03, EDT

                          KML Law Group, P.C.
                          701 Market Street, Suite 5000
                          Philadelphia, PA 19106-1532
                          (215) 627-1322