Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA 19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 24-11167-PMM**

Jay Clifford Newswanger  
Kelly Jo Newswanger  
1904 Pennsylvania Avenue  
Lititz  PA   17543

Petition Filed Date: 04/05/2024  
341 Hearing Date: 06/04/2024  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/30/2024 | $890.00 | | 06/24/2024 | $890.00 | | 07/19/2024 | $890.00 | |

**Total Receipts for the Period: $2,670.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $3,560.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | AMERICAN CREDIT ACCEPTANCE »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC »» 002 | Unsecured Creditors | $1,096.04 | $0.00 | $0.00 |
| 3 | UNITED STATES TREASURY (IRS) »» 03P | Priority Crediors | $8,994.46 | $0.00 | $0.00 |
| 4 | UNITED STATES TREASURY (IRS) »» 03U | Unsecured Creditors | $19,567.49 | $0.00 | $0.00 |
| 5 | DISCOVER BANK »» 004 | Unsecured Creditors | $19,448.78 | $0.00 | $0.00 |
| 6 | PPL ELECTRIC UTILITIES »» 005 | Unsecured Creditors | $4,976.23 | $0.00 | $0.00 |
| 7 | TRUIST BANK - DDA RECOVERY »» 006 | Unsecured Creditors | $37.32 | $0.00 | $0.00 |
| 8 | M&T BANK »» 007 | Mortgage Arrears | $15,491.26 | $0.00 | $0.00 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC »» 008 | Unsecured Creditors | $615.56 | $0.00 | $0.00 |
| 10 | US BANK NA »» 009 | Unsecured Creditors | $14,824.15 | $0.00 | $0.00 |

Chapter 13 Case No. 24-11167-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $3,560.00 | Current Monthly Payment: | $890.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $356.00 | Total Plan Base: | $53,400.00 |
| Funds on Hand: | $3,204.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.