UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Jay Clifford Newswanger<br>    Kelly Jo Newswanger<br><br>                  Debtors | Chapter 13<br>Bankruptcy No.24-11167-PMM |

## CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 26th day of September, 2024, by first class mail upon those listed below:

Jay Clifford Newswanger
Kelly Jo Newswanger
1904 Pennsylvania Avenue
Lititz, PA  17543

**Electronically via CM/ECF System Only:**

ROSS, QUINN & PLOPPERT, P.C.
192 S. HANOVER STREET, SUITE 101
POTTSTOWN, PA  19464


                                                  */s/ Kristen Gliem*
                                                  Kristen Gliem
                                                  for
                                                  Scott F. Waterman, Esquire
                                                  Standing Chapter 13 Trustee