# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Jay Clifford Newswanger<br>          Kelly Jo Newswanger<br>                              Debtor(s) | CHAPTER 13 |
| LAKEVIEW LOAN SERVICING, LLC<br>                              Moving Party<br>          vs. | NO. 24-11167-PMM |
| Jay Clifford Newswanger<br>Kelly Jo Newswanger<br>                              Debtor(s) | 11 U.S.C. Section 362 |
| Scott F. Waterman<br>                              Trustee | |

## ORDER

AND NOW, this 8th day of October, 2024 at Reading, upon consideration of this Stipulation it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the Court retains discretion regarding entry of any further order.

*Patricia M. Mayer*

Hon. Patricia M. Mayer
United States Bankruptcy Judge