## THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Jay Clifford Newswanger and Kelly Jo Newswanger, | : : | Chapter 13 |
| Joint Debtors | : | Case No.: 24-11167-pmm |

### CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtors' proposed First Amended Chapter 13 Plan dated and docketed January 21, 2025 was forwarded to the following parties, as follows:

*Via Certified U.S.P.S. Mail on January 21, 2025:*

Jason Bynum, CEO
American Credit Acceptance
961 East Main Street
Spartanburg,, SC 29302

Mailing # 9589 0710 5270 2409 1919 59

*Via First Class Mail on January 21, 2025:*

Schiavon Williams, Chief
Pennsylvania Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

Yolanda Grant, Bankr. Spec.
Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346

All other creditors not otherwise served via ECF.

*Via Electronic Filing (ECF) on January 21, 2025*

Denise Elizabeth Carlon, Esquire on behalf of Lakeview Loan Servicing, LLC
bkgroup@kmllawgroup.com

Scott F. Waterman, Esquire, Chapter 13 Trustee
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

                              **ROSS, QUINN & PLOPPERT, P.C.**

                     By:    */s/ Joseph Quinn*
                             Joseph Quinn, Esquire
                             Attorney I.D. No. 307467
                             192 S. Hanover Street, Suite 101
                             Pottstown, PA 19464
                             T: 610.323.5300
                             F: 610.323.6081
                             jquinn@rqplaw.com
Date: <u>January 21, 2025</u>           Counsel for Debtor