THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Jay Clifford Newswanger : | Chapter 13 |
| and Kelly Jo Newswanger, : | |
| Joint Debtors : | Case No.: 24-11167-pmm |

CERTIFICATE OF SERVICE

    I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtors' proposed Second Amended Chapter 13 Plan dated and docketed February 26, 2025 was forwarded to the following parties, as follows:

***Via Certified U.S.P.S. Mail on February 26, 2025:***

Jason Bynum, CEO
American Credit Acceptance
961 East Main Street
Spartanburg, SC 29302

Mailing # 9589 0710 5270 2409 1919 80

***Via First Class Mail on February 26, 2025:***

Schiavon Williams, Chief
Pennsylvania Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

Yolanda Grant, Bankr. Spec.
Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346

All other creditors not otherwise served via ECF.

***Via Electronic Filing (ECF) on February 26, 2025:***

Denise Elizabeth Carlon, Esquire on behalf of Lakeview Loan Servicing, LLC
bkgroup@kmllawgroup.com

Scott F. Waterman, Esquire, Chapter 13 Trustee
ECFMail@ReadingCh13.com

1

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

                                        **ROSS, QUINN & PLOPPERT, P.C.**

                      By:    */s/ Joseph Quinn*
                              Joseph Quinn, Esquire
                              Attorney I.D. No. 307467
                              192 S. Hanover Street, Suite 101
                              Pottstown, PA 19464
                              T: 610.323.5300
                              F: 610.323.6081
                              jquinn@rqplaw.com
Date:  February 26, 2025          Counsel for Debtors