United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jay Clifford Newswanger  
Kelly Jo Newswanger  
    Debtors

Case No. 24-11167-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Apr 24, 2025      Form ID: 155      Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jay Clifford Newswanger, Kelly Jo Newswanger, 1904 Pennsylvania Avenue, Lititz, PA 17543-9560 |
| 14871692 | | PPL Electric Utilities, PO Box 25222, Lehigh Valley, PA 18002-5222 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14871683 | + | Email/Text: bankruptcy@acacceptance.com | Apr 25 2025 00:04:00 | American Credit Acceptance, 961 East Main St, Spartanburg, SC 29302-2149 |
| 14882789 | | Email/Text: mrdiscen@discover.com | Apr 25 2025 00:04:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14871684 | + | Email/Text: mrdiscen@discover.com | Apr 25 2025 00:04:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14871685 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 25 2025 00:04:00 | Internal Revenue Service, 600 Arch Street, RM 5200, Philadelphia, PA 19106 |
| 14871687 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 25 2025 00:04:00 | Jefferson Capital Systems LLC, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 14891058 | ^ | MEBN | Apr 25 2025 00:01:21 | LAKEVIEW LOAN SERVICING, LLC, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14890896 | ^ | MEBN | Apr 25 2025 00:01:10 | LAKEVIEW LOAN SERVICING, LLC, c/o M&T BANK, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14875115 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 25 2025 00:12:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14871688 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 25 2025 00:12:03 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14871689 | | Email/Text: camanagement@mtb.com | Apr 25 2025 00:04:00 | M&T Bank, PO Box 840, Buffalo, NY 14240-0840 |
| 14871690 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 25 2025 00:04:00 | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14871691 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 25 2025 00:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14871693 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 25 2025 00:28:10 | Syncb/Paypalsmartconn, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14871694 | + | Email/Text: bankruptcy@bbandt.com | Apr 25 2025 00:04:00 | Truist Bank, Support Services, PO Box 85092, |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 24, 2025 | Form ID: 155 | Total Noticed: 20 |

| | | | | |
|---|---|---|---|---|
| | | | | Richmond, VA 23285-5092 |
| 14895668 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Apr 25 2025 00:04:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis, MO 63166-0108 |
| 14871695 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Apr 25 2025 00:04:00 | US Bank/RMS, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201-5229 |
| 14871696 | | Email/Text: bankruptcynotification@wellspan.org | Apr 25 2025 00:04:00 | Wellspan Health, PO Box 15119, York, PA 17405-7119 |
| 14871697 | + | Email/Text: bankruptcynotification@wellspan.org | Apr 25 2025 00:04:00 | Wellspan Health, 601 Memory Lane, Ste 2-2200, York, PA 17402-2231 |

TOTAL: 18

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14871686 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 26, 2025         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2025 at the address(es) listed below:

**Name**             **Email Address**

DENISE ELIZABETH CARLON
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com

JOSEPH L QUINN
    on behalf of Joint Debtor Kelly Jo Newswanger CourtNotices@rqplaw.com

JOSEPH L QUINN
    on behalf of Debtor Jay Clifford Newswanger CourtNotices@rqplaw.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>    Jay Clifford Newswanger<br><br>    Kelly Jo Newswanger<br>    fka Kelly J Walters<br>     Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24−11167−pmm<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: April 24, 2025                                                                                For The Court

                                                                                                    Patricia M. Mayer
                                                                                                    Judge, United States Bankruptcy Court