Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025  
**Chapter 13 Case No. 24-11167-PMM**

Jay Clifford Newswanger  
Kelly Jo Newswanger  
1904 Pennsylvania Avenue  
Lititz  PA    17543

Petition Filed Date: 04/05/2024  
341 Hearing Date: 06/04/2024  
Confirmation Date: 04/24/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/16/2024 | $890.00 | | 09/20/2024 | $890.00 | | 10/21/2024 | $890.00 | |
| 11/19/2024 | $890.00 | | 12/20/2024 | $890.00 | | 01/17/2025 | $890.00 | |
| 02/24/2025 | $890.00 | | 03/11/2025 | $275.00 | | 03/21/2025 | $1,075.00 | |
| 04/23/2025 | $1,075.00 | | 05/16/2025 | $1,075.00 | | 06/23/2025 | $1,075.00 | |
| 07/18/2025 | $1,075.00 | | | | | | | |

Total Receipts for the Period:  $11,880.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $15,625.00

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $5,262.00 | $5,262.00 | $0.00 |
| 1 | AMERICAN CREDIT ACCEPTANCE »»  001 | Secured Creditors | $24,658.73 | $5,151.80 | $19,506.93 |
| 2 | LVNV FUNDING LLC »»  002 | Unsecured Creditors | $1,096.04 | $0.00 | $1,096.04 |
| 3 | UNITED STATES TREASURY (IRS) »»  03P | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 4 | UNITED STATES TREASURY (IRS) »»  03U | Unsecured Creditors | $4,431.93 | $0.00 | $4,431.93 |
| 5 | DISCOVER BANK »»  004 | Unsecured Creditors | $19,448.78 | $0.00 | $19,448.78 |
| 6 | PPL ELECTRIC UTILITIES »»  005 | Unsecured Creditors | $4,976.23 | $0.00 | $4,976.23 |
| 7 | TRUIST BANK - DDA RECOVERY »»  006 | Unsecured Creditors | $37.32 | $0.00 | $37.32 |
| 8 | M&T BANK »»  007 | Mortgage Arrears | $15,491.26 | $2,152.62 | $13,338.64 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC »»  008 | Unsecured Creditors | $615.56 | $0.00 | $615.56 |
| 10 | US BANK NA »»  009 | Unsecured Creditors | $14,824.15 | $0.00 | $14,824.15 |
| 11 | M&T BANK »»  07P | Mortgage Arrears | $3,408.48 | $473.63 | $2,934.85 |
| 12 | MIDLAND FUNDING/MIDLAND CREDIT MGMT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | SYNCB/PAYPALSMART | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | WELLSPAN HEALTH | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-11167-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,625.00 | Current Monthly Payment: | $1,075.00 |
| Paid to Claims: | $13,040.05 | Arrearages: | ($90.00) |
| Paid to Trustee: | $1,262.60 | Total Plan Base: | $62,835.00 |
| Funds on Hand: | $1,322.35 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.