Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Jay Clifford Newswanger
Kelly Jo Newswanger
1904 Pennsylvania Avenue
Lititz, PA 17543

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 24-11167-PMM**

Petition Filed Date: 04/05/2024
341 Hearing Date: 06/04/2024
Confirmation Date: 04/24/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/15/2025 | $1,075.00 | | 09/19/2025 | $1,075.00 | | 10/20/2025 | $1,075.00 | |
| 11/21/2025 | $1,075.00 | | 12/19/2025 | $1,075.00 | | 01/16/2026 | $1,075.00 | |
| 02/23/2026 | $1,075.00 | | 03/23/2026 | $1,075.00 | | 04/17/2026 | $1,075.00 | |
| 05/15/2026 | $1,075.00 | | | | | | | |

**Total Receipts for the Period: $10,750.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $25,300.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $5,262.00 | $5,262.00 | $0.00 |
| 1 | AMERICAN CREDIT ACCEPTANCE<br>»» 001 | Secured Creditors | $24,658.73 | $15,427.79 | $9,230.94 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $1,096.04 | $0.00 | $1,096.04 |
| 3 | UNITED STATES TREASURY (IRS)<br>»» 03P | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 4 | UNITED STATES TREASURY (IRS)<br>»» 03U | Unsecured Creditors | $4,431.93 | $0.00 | $4,431.93 |
| 5 | DISCOVER BANK<br>»» 004 | Unsecured Creditors | $19,448.78 | $0.00 | $19,448.78 |
| 6 | PPL ELECTRIC UTILITIES<br>»» 005 | Unsecured Creditors | $4,976.23 | $0.00 | $4,976.23 |
| 7 | TRUIST BANK - DDA RECOVERY<br>»» 006 | Unsecured Creditors | $37.32 | $0.00 | $37.32 |
| 8 | M&T BANK<br>»» 007 | Mortgage Arrears | $2,152.62 | $2,152.62 | $0.00 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 008 | Unsecured Creditors | $615.56 | $0.00 | $615.56 |
| 10 | US BANK NA<br>»» 009 | Unsecured Creditors | $14,824.15 | $0.00 | $14,824.15 |
| 11 | M&T BANK<br>»» 07P | Mortgage Arrears | $473.63 | $473.63 | $0.00 |
| 12 | MIDLAND FUNDING/MIDLAND CREDIT MGMT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-11167-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | SYNCB/PAYPALSMART | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | WELLSPAN HEALTH | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $25,300.00 | Current Monthly Payment: | $1,075.00 |
| Paid to Claims: | $23,316.04 | Arrearages: | $3,135.00 |
| Paid to Trustee: | $1,983.96 | Total Plan Base: | $62,835.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.