United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Jay Clifford Newswanger
Kelly Jo Newswanger
Debtors

Case No. 24-11167-pmm
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4 User: admin Page 1 of 3
Date Rcvd: Oct 01, 2026 Form ID: pdf900 Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jay Clifford Newswanger, Kelly Jo Newswanger, 1904 Pennsylvania Avenue, Lititz, PA 17543-9560 |
| 14871692 | | PPL Electric Utilities, PO Box 25222, Lehigh Valley, PA 18002-5222 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Oct 02 2026 02:53:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 02 2026 02:54:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14871683 | + | Email/Text: bankruptcy@acacceptance.com | Oct 02 2026 02:54:00 | American Credit Acceptance, 961 East Main St, Spartanburg, SC 29302-2149 |
| 14882789 | | Email/Text: mrdiscen@discover.com | Oct 02 2026 02:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14871684 | + | Email/Text: mrdiscen@discover.com | Oct 02 2026 02:53:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14871685 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 02 2026 02:53:00 | Internal Revenue Service, 600 Arch Street, RM 5200, Philadelphia, PA 19106 |
| 14871687 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 02 2026 02:54:00 | Jefferson Capital Systems LLC, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 14891058 | ^ | MEBN | Oct 02 2026 02:51:21 | LAKEVIEW LOAN SERVICING, LLC, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14890896 | ^ | MEBN | Oct 02 2026 02:51:09 | LAKEVIEW LOAN SERVICING, LLC, c/o M&T BANK, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14875115 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 02 2026 02:56:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14871688 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 02 2026 03:08:56 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14871689 | | Email/Text: camanagement@mtb.com | Oct 02 2026 02:53:00 | M&T Bank, PO Box 840, Buffalo, NY 14240-0840 |
| 14871690 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 02 2026 02:54:00 | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14871691 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 02 2026 02:54:00 | Pennsylvania Department of Revenue, Bankruptcy |

| | | | | |
|---|---|---|---|---|
| | | | | Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14871693 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 02 2026 02:56:16 | Syncb/Paypalsmartconn, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14871694 | + | Email/Text: bankruptcy@bbandt.com | Oct 02 2026 02:53:00 | Truist Bank, Support Services, PO Box 85092, Richmond, VA 23285-5092 |
| 14895668 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 02 2026 02:54:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis, MO 63166-0108 |
| 14871695 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 02 2026 02:54:00 | US Bank/RMS, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201-5229 |
| 14871696 | | Email/Text: bankruptcynotification@wellspan.org | Oct 02 2026 02:53:00 | Wellspan Health, PO Box 15119, York, PA 17405-7119 |
| 14871697 | + | Email/Text: bankruptcynotification@wellspan.org | Oct 02 2026 02:53:00 | Wellspan Health, 601 Memory Lane, Ste 2-2200, York, PA 17402-2231 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14871686 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JOSEPH L QUINN | on behalf of Debtor Jay Clifford Newswanger CourtNotices@rqplaw.com |
| JOSEPH L QUINN | on behalf of Joint Debtor Kelly Jo Newswanger CourtNotices@rqplaw.com |
| MATTHEW K. FISSEL | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Jay Clifford Newswanger<br>Kelly Jo Newswanger<br><br>Debtors | Chapter 13<br><br>Bankruptcy No. 24-11167-PMM |

**ORDER DISMISSING CHAPTER 13 CASE**

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtors' plan shall be refunded to the Debtors unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: October 1, 2026**

Patricia M. Mayer

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE